JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
CHRISTOPHER B. PHILLIPS, ESQ.
Nevada Bar No. 14600
**THE WRIGHT LAW GROUP, P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Telephone: (702) 405-0001
Facsimile: (702) 405-8454
Email: john@wrightlawgroupnv.com
  chris@wrightlawgroupnv.com
*Attorneys for Defendant/Counterclaimant REO INVESTMENT ADVISORS V, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2005-11 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11,<br><br>Plaintiff,<br><br>vs.<br><br>REO INVESTMENT ADVISORS V, LLC; VISCAYA HOMEOWNERS ASSOCIATION,<br><br>Defendants.<br><br>REO INVESTMENT ADVISORS V, LLC.,<br><br>Counterclaimant,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2005-11 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11,<br><br>Counter-defendants. | CASE NO. 2:17-cv-00253-JAD-VCF<br><br>**SUBSTITUTION OF ATTORNEYS** |

**SUBSTITUTION OF ATTORNEYS**

JOSEPH Y. HONG, ESQ., of HONG & HONG, Attorney of Record for the above-named Party, REO INVESTMENT ADVISORS V LLC, does hereby consent to the substitution of JOHN HENRY WRIGHT, ESQ, as attorney, for REO INVESTMENT ADVISORS V LLC, in the above-entitled matter in his place and stead.

DATED this 12th day of September, 2018.

**HONG & HONG**

/s/ *Joseph Y. Hong*
JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
10781 w. Twain Ave.
Las Vegas, Nevada 89135

JOHN HENRY WRIGHT, ESQ. does hereby agree to be substituted in the place of JOSEPH Y. HONG, ESQ. as attorney for REO INVESTMENT ADVISORS V LLC, in the above-entitled matter.

DATED this 12th day of September, 2018.

**THE WRIGHT LAW GROUP, P.C.**

/s/ *John H. Wright*
JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
CHRISTOPHER B. PHILLIPS, ESQ.
Nevada Bar No. 14600
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
*Attorneys for Defendant/Counterclaimant REO INVESTMENT ADVISORS V, LLC*

BRUCE EISEN does hereby agree to the substitution of, JOHN HENRY WRIGHT ESQ., as attorney of record for Defendant/Counterclaimant, *REO INVESTMENT ADVISORS V, LLC*, in the above entitled matter in the place and stead of JOSEPH Y. HONG, ESQ.

DATED this 12th day of September, 2018.

/s/ *Bruce Eisen*
BRUCE EISEN an authorized Manager of
*REO INVESTMENT ADVISORS V, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **SUBSTITUTION OF ATTORNEYS [Fed. R. Civ. P. 56]** was submitted electronically for filing and/or service with the United states District Court for the District of Nevada's CM/ECF system on the 12th day of September, 2018 which will cause this document to be served on all attorneys of record. Electronic service of the foregoing document shall be made in accordance with LR IC 4-1 which states that "Participation in the court's electronic filing system by registration and receipt of the login and password constitutes consent to the electronic service of pleadings and other papers under applicable rules, statutes, or court orders.

Dated this 12th day of September, 2018.

      /s/ Candi Ashdown
      an employee of **THE WRIGHT LAW GROUP, P.C.**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 9-13-2018

Page 3 of 3