MARC S. CWIK, ESQ.
Nevada Bar No. 006946
ADAM J. PERNSTEINER, ESQ.
Nevada Bar No. 07862
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
E-Mail: Marc.Cwik@lewisbrisbois.com
E-Mail: Bradley.Marx@lewisbrisbois.com

*Attorneys for Defendant Viscaya Homeowners Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HIS ASSET SECURITIZATION CORPORATION TRUST 2005-11 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11,<br><br>Plaintiff,<br><br>v.<br><br>REO INVESTMENT ADVISORS V, LLC, VISCAYA HOMEOWNERS ASSOCIATION,<br><br>Defendants. | CASE NO. 2:17-cv-00253-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING REPLY IN SUPPORT OF DEFENDANT VISCAYA HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS**<br>**(First Request)** |

IT IS HERE BY SITPULATED between Plaintiff, Deutsche Bank National Trust Company, as Trustee for his Asset Securitization Corporation Trust 2005-11 Mortgage Pass-Through Certificates, Series 2005-11 ("Plaintiff"); Defendant, Reo Investment Advisors V, LLC ("REO"); and Defendant, Viscaya Homeowners Association ("Viscaya HOA"), by and through their respective undersigned counsel, to extend the deadline for Viscaya HOA to file its Reply in Support of its Motion to Dismiss [ECF No. 24] from June 12, 2019 to June 19, 2019.

Case No: 2:17-cv-00253-JAD-VCF

4829-2497-3209.1

This is the parties' first request for an extension by stipulation and is not intended to cause any delay or prejudice to any party. This stipulation will also not require any continuance of the date of the hearing scheduled for Viscaya HOA's Motion to Dismiss, which is currently scheduled for July 10, 2019 at 2:30 p.m. [ECF No. 25].

DATED this 12th day of June 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By */s/ Marc S. Cwik*
MARC S. CWIK, ESQ.
Nevada Bar No. 006946
ADAM J. PERNSTEINER, ESQ.
Nevada Bar No. 007862
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*Viscaya Homeowners Association.*

DATED this 12th day of June 2019.

WRIGHT, FINLAY & ZAK, LLP

By */s/ Michael S. Kelley*
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff/Counter-Defendant*
*Deutsche Bank National Trust Company*

DATED this 12th day of June 2019.

THE WRIGHT LAW GROUP, P.C.

By */s/ John Henry Wright*
JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 006182
*Attorneys for Defendant/Counter-Claimant*
*REO Investments Advisors V, LLC.*

**ORDER**

IT IS SO ORDERED.

DATED: June 12, 2019.

_____
U.S. District Judge Jennifer A. Dorsey

Case No: 2:17-cv-00253-JAD-VCF

4829-2497-3209.1

2