JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
CHRISTOPHER B. PHILLIPS, ESQ.
Nevada Bar No. 14600
**THE WRIGHT LAW GROUP, P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada   89102
Telephone:  (702) 405-0001
Email: john@wrightlawgroupnv.com
        chris@wrightlawgroupnv.com
*Attorneys for Defendant/Counterclaimant REO
INVESTMENT ADVISORS V, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF  NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2005-11 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11, <br><br> Plaintiff, <br><br> vs. <br><br> REO INVESTMENT ADVISORS V, LLC; VISCAYA HOMEOWNERS ASSOCIATION, <br><br> Defendants. <br><br><br><br><br> REO INVESTMENT ADVISORS V, LLC., <br><br> Counterclaimant, <br><br> vs. <br><br> DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2005-11 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11, <br><br> Counter-defendants**.** | CASE NO.  2:17-cv-00253-JAD-VCF <br><br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** <br><br> **AND** <br><br> **TO RESPOND TO PLAINTIFF'S MOTION FOR CONTINUED DISCOVERY PURSUANT TO FED. R. CIV. P. 56(d)** |

THE WRIGHT LAW GROUP P.C.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454

1

**THE WRIGHT LAW GROUP P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454



Defendant/Counterclaimant REO INVESTMENT ADVISORS V, LLC ("REO"), by and through its attorneys, JOHN HENRY WRIGHT, ESQ., and CHRISTOPHER B. PHILLIPS, ESQ., of THE WRIGHT LAW GROUP, P.C., and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2005-11 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11 ("DEUTSCHE BANK "), by and through its attorneys, MICHAEL S. KELLEY, ESQ., and DANA JONATHON NITZ, ESQ., of WRIGHT, FINLAY, & ZAK, LLP, hereby stipulate and agree that Defendant/Counterclaimant shall have up to and including September 23, 2019, to file its reply in support of motion for summary judgment as well as its response to Deutsche Bank's motion for continued discovery pursuant to Fed. R. Civ. P. 56(d).  REO's reply is currently due on September 9, 2019, per ECF No. 37, and its response to Deutsche Bank's motion for continued discovery is currently due on September 9, 2019, per ECF No. 39. Pursuant to the agreement of the parties, Defendant/Counterclaimant shall have extension of time until September 23, 2019, in which to file its reply in support of motion for summary judgment as well as its response to Deutsche Bank's motion for continued discovery pursuant to Fed. R. Civ. P. 56(d).

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

Dated this 4th day of September, 2019.

**WRIGHT FINLAY & ZAK, LLP**          **THE WRIGHT LAW GROUP, P.C.**


 /s/ *Michael S. Kelley, Esq.*            /s/ *John H. Wright, Esq.*
MICHAEL S. KELLEY, ESQ.               JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 10101                  Nevada Bar No. 6182
DANA JONATHON NITZ, ESQ.             CHRISTOPHER B. PHILLIPS, ESQ.
Nevada Bar No. 0050                   Nevada Bar No. 14600
7785 W. Sahara Ave., Suite 200        2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89117               Las Vegas, Nevada  89102
*Attorneys for Plaintiff*             *Attorneys for Defendant/Counterclaimant*
*Deutsche Bank*                       *REO INVESTMENT ADVISORS V, LLC*

**IT IS SO ORDERED.**


_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** 9-5-2019
_____