WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
mkelley@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2005-I1 Mortgage Pass-Through Certificates, Series 2005-I1*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2005-I1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-I1,<br><br>Plaintiff,<br><br>vs.<br><br>REO INVESTMENT ADVISORS V, LLC, VISCAYA HOMEOWNERS ASSOCIATION;<br><br>Defendants. | Case No.:   2:17-cv-00253-JAD-VCF<br><br>**STIPULATION AND ORDER FOR QUIET TITLE AND DISMISSAL WITH PREJUDICE**<br><br>ECF Nos. 54, 56 |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2005-I1 Mortgage Pass-Through Certificates, Series 2005-I1 ("Deutsche Bank"), Defendant, REO Investments Advisors V, LLC ("REO"), and Defendant, Viscaya Homeowners Association ("Viscaya") (collectively, the "Parties"), by and through their undersigned attorneys hereby stipulate and agree as follows:

1. The real property which is the subject of this case is commonly known as 5509 Riverwood Court, Las Vegas, Nevada 89149, APN: 125-33-511-030 (the "Property").

2. On or about August 29, 2005, Cynthia L. Bryan ("Borrower"), executed a $352,400 note ("Note") in favor of New Century Mortgage Corporation, secured by a deed of trust encumbering the Property, which was recorded on September 7, 2005 in the Official

1  Records of Clark County, Nevada as Book and Instrument No. 20050907-0005603 ("Deed of
2  Trust").

3      3.     On July 20, 2011, due to delinquent homeowner's association assessments, a
4  Notice of Delinquent Assessment (Lien) was recorded against the Property as Book and
5  Instrument No. 201107200001323 in the Clark County Recorder's Office on behalf of Viscaya.

6      4.     On April 13, 2012, a Notice of Default and Election to Sell Under Homeowners
7  Association Lien was recorded against the Property as Book and Instrument No.
8  201204130001284 in the Clark County Recorder's Office on behalf of Viscaya.

9      5.     On November 18, 2014, a Notice of Trustee's Sale was recorded against the
10  Property as Book and Instrument No. 20141118-0001448 in the Clark County Recorder's Office
11  on behalf of Viscaya.

12      6.     On December 17, 2014, a non-judicial foreclosure sale occurred whereby REO
13  acquired the Property for $152,000.00. On January 13, 2015, a Trustee's Deed Upon Sale was
14  recorded as Book and Instrument No. 20150113-0000030 in the Clark County Recorder's Office.

15      7.     On January 30, 2017, this action was commenced.

16      8.     The Parties have now come to a resolution regarding their respective claims and
17  interests in the Property.

18      9.     The Parties have executed a settlement agreement, the terms of which are
19  confidential, but under which Deutsche Bank agrees to forego all right, title and interest in the
20  Property and to disclaim its interest thereto, for agreed-upon consideration.

21      10.     By virtue of the settlement and Deutsche Bank's disclaimer, title to the Property is
22  and hereafter shall be vested in REO, free and clear of all right, title and interest claimed by
23  Deutsche Bank, its successors and assigns, under the Deed of Trust. The Court may enter an
24  order to this effect. Notwithstanding the foregoing, the Property shall remain bound and subject
25  to any and all covenants, conditions, restrictions, and reservations of rights of the governing
26  association(s) and amendments thereto, as well as any and all easements, rights-of-way, and
27  mineral restrictions of record. In addition, the settlement does not in any form or manner
28  preclude Viscaya from collecting future assessments, fines, fees, and/or other costs assessed or

1  from enforcing its ongoing lien rights on the Property under NRS Chapter 116, the Governing
2  Documents, and Nevada law.
3       11.   All other claims asserted by or against any of the Parties hereto shall be dismissed
4  with prejudice.
5       12.   Nothing in this stipulation should be construed as intended to benefit any other
6  party not identified as the Parties hereto, and in particular, shall not constitute a waiver or
7  relinquishment of any claims by Deutsche Bank or its successors against the Borrower.
8       13.   Each Party shall bear its own fees and costs incurred in this litigation and
9  settlement.

**IT IS HEREBY STIPULATED AND AGREED** that judgment for quiet title shall be granted in favor of REO;

**IT IS FURTHER STIPULATED AND AGREED** that the above-referenced matter, including all remaining claims for relief thereto, by and between all Parties, shall be dismissed with prejudice;

**IT IS FURTHER STIPULATED AND AGREED** that nothing in this Stipulation and Order is intended to be, or will be, construed as an admission of the claims or defenses of the Parties;

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation and Order is in no way intended to impair the rights of Deutsche Bank and its successor (or any of its authorized agents, investors, affiliates, predecessors, successors, and assigns) to pursue any and all remedies against the Borrowers, as defined in the Note, that they may have relating to the Note, including the right to sue the Borrowers for any deficiency judgment;

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its own attorney's fees and costs; and

///
///
///


**IT IS FURTHER STIPULATED AND AGREED** that a copy of this Stipulation and Order for Quiet Title and Dismissal With Prejudice may be recorded with the Clark County Recorder.

**IT IS SO STIPULATED.**

| WRIGHT, FINLAY & ZAK, LLP | THE WRIGHT LAW GROUP, P.C. |
|---|---|
| */s/ Michael S. Kelley, Esq.* | */s/ John Henry Wright, Esq.* |
| Robert A. Riether, Esq. | John Henry Wright, Esq. |
| Nevada Bar No.12076 | Nevada Bar No. 6182 |
| Michael S. Kelley, Esq. | Christopher B. Phillips, Esq. |
| Nevada Bar No. 10101 | Nevada Bar No. 14600 |
| 7785 W. Sahara Ave., Suite 200 | 2340 Paseo Del Prado, Suite D-305 |
| Las Vegas, NV 89117 | Las Vegas, Nevada 89102 |
| *Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2005-I1 Mortgage Pass-Through Certificates, Series 2005-I1* | *Attorneys for Defendant, REO Investment Advisors V, LLC* |

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Marc S. Cwik, Esq.*
Marc S. Cwik, Esq.
Nevada Bar No. 006946
Adam J. Pernsteiner, Esq.
Nevada Bar No. 07862
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Viscaya Homeowners Association*

**ORDER**

Based on the parties' stipulation [ECF No. 54] and good cause appearing,

IT IS HEREBY ORDERED that **final judgment on the parties' competing quiet-title claims is entered in favor of REO Investments Advisors V, LLC**; IT IS FURTHER DECLARED that REO Investments Advisors V, LLC owns the property known as 5509 Riverwood Court, Las Vegas, Nevada 89149, APN: 125-33-511-030, free and clear of the Deed of Trust recorded on September 7, 2005, in the Official Records of Clark County, Nevada, as Book and Instrument No. 20050907-0005603; and **all other claims by and between all parties are DISMISSED** with prejudice, each party to bear its own fees and costs.

The Clerk of Court is directed to ENTER JUDGMENT accordingly, **grant [ECF No. 56]** the ex parte motion to remove attorney Dana Jonathon Nitz, Esq. from the service list; and CLOSE THIS CASE.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 5-27-2020